**NOTC**
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: kwilson@messner.com
*Attorneys for Defendants,*
*Marten Transport, Ltd., and*
*Rosland Briggs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID CHAVEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARTEN TRANSPORT, LTD, a Delaware corporation; ROSLAND EERSTAIN BRIGGS, an individual; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.:  2:25-cv-02241-ART-DJA<br>**MOTION FOR**<br>~~**NOTICE OF**~~ **DISASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that attorney JONATHAN B. OWENS, ESQ., is no longer with MESSNER REEVES LLP, and no longer counsel of record for Defendants MARTEN TRANSPORT, LTD., and ROSLAND BRIGGS in the above captioned matter.  Please remove Mr. Owens from your service list for this case.

. . .

. . .

. . .

. . .

Page **1** of **3**

A-25-921760-C

Karie N. Wilson, Esq. of MESSNER REEVES LLP will continue to act as counsel for Defendants MARTEN TRANSPORT, LTD., and ROSLAND BRIGGS.

DATED this 2nd day of July 2026.

MESSNER REEVES LLP

/s/ Karie N. Wilson, Esq.
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendants, Marten Transport, Ltd., and Rosland Briggs*

**IT IS SO ORDERED**.

DATED: 7/6/2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

A-25-921760-C

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that on this 2nd day of July, 2026, a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** was filed and served upon the following by the method indicated:

Jacob S. Smith, Esq.
Stephen J. Mendenhall, Esq.
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Attorneys for Plaintiff
stephenm@hennessandhaight.com

☐ via U.S. Mail
☐ via Hand Delivery
☐ via Facsimile
☐ via Overnight Delivery
☒ via CM/ECF
☐ via Electronic Mail

/s/ Jessica Rogers
An employee of MESSNER REEVES LLP

MESSNER REEVES LLP

Page **3** of **3**

A-25-921760-C